UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                      Case No. 15-CV-414

APPROXIMATELY $3,857.00 IN UNITED
STATES CURRENCY, *et al.*,

    Defendants.

**ORDER EXTENDING THE SEALING OF THE AFFIDAVITS OF MARGARET MASSA**

Upon consideration of the United States' Motion to Extend the Orders Sealing the Affidavits of Margaret Massa filed in support of the United States' stipulated motions to stay this civil forfeiture case pursuant to Title 18, United States Code, Section 981(g)(5),

IT IS HEREBY ORDERED that the United States' motion to extend the sealing of the affidavits of Margaret Massa is GRANTED.

IT IS FURTHER ORDERED that the affidavits of Margaret Massa (R. 21, 26, and 33) be, and hereby are, SEALED through September 15, 2016, or further order of this Court.

Dated at Milwaukee, Wisconsin this 19th day of May, 2016.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge